```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
Saleh Alkarram,                                             :
                                                            :
                                    Plaintiff,              :
                                                            :        22-CV-623 (VSB)
                -against-                                   :
                                                            :           ORDER
Chesapeake Energy Corporation, et al.,                      :
                                                            :
                                    Defendants.             :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

  This case has been reassigned to me for all purposes.  Plaintiff Saleh Alkarram filed this action against Defendants Chesapeake Energy Corporation ("CHK"), Deutsche Bank Trust Company Americas ("DBT"), Glas USA LLC ("GUL"), and MUFG Union Bank N.A. ("MUB") on January 24, 2022.  (Doc. 1.)  Plaintiff filed an affidavit of service for CHK on February 16, 2022, (Doc. 9), and filed affidavits of service for DBT, GUL, and MUB on February 22, 2022, (Docs. 11, 12, 13).  CHK's original deadline to respond was March 7, 2022, (*see* Doc. 9), GUL's deadline was March 8, 2022, (*see* Doc. 12), and DBT's and MUB's deadlines were both March 9, 2022, (*see* Docs. 11, 13).  However, pursuant to Judge Laura Taylor Swain's order of February 22, 2022, (Doc. 10), Plaintiff filed a first amended complaint on March 23, 2022, (Doc. 14).  Defendants' deadline to respond to the first amended complaint was therefore April 6, 2022.  *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a

default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 26, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge